**Order entered September 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00167-CR

### MELVIN PIERRE JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80626-2014**

## ORDER

The Court has before it appellant's September 14, 2015 motion to abate the appeal to allow the trial court to enter written findings of fact related to the voluntariness of appellant's custodial statement in accordance with article 38.22, section 6 of the Texas Code of Criminal Procedure. We **GRANT** the motion.

We **ORDER** the trial to prepare written findings of fact that state the basis for its ruling regarding the voluntariness of appellant's statements. *See* TEX. CODE CRIM. P. ANN. art. 38.22, § 6 (West Supp. 2014); *Vasquez v. State*, 411 S.W.3d 918, 920 (Tex. Crim. App. 2013). We further **ORDER** the trial court to file, within **THIRTY DAYS** of the date of this order, a supplemental record containing the written findings of fact.

The Court will set appellant's briefing deadline after it has received the supplemental record containing the written findings of fact.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the supplemental record with the findings of fact is received.

/s/     LANA MYERS
            JUSTICE